# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

NATRAN REZENE,

§
§
§

*Plaintiff,*

§

v.

§

§   Civil Action No. 4:24-cv-759

HARIBO OF AMERICA, INC.,

§   Judge Mazzant
§
§

*Defendant.*

§

## VERDICT FORM

We, the Jury, find as follows:

### Discrimination Claim

### QUESTION ONE

Has Plaintiff proved by a preponderance of the evidence that she was involuntarily terminated from her employment by Defendant?

Answer "Yes" or "No."

Answer: ____No____

**If you answered "Yes" to Question 1, then answer Question 2. Otherwise, proceed to Question 3.**

**QUESTION TWO**

Has Plaintiff proved by a preponderance of the evidence that her employment would not have been terminated in the absence of—in other words, but for—her race and/or sex?

Answer "Yes" or "No." If your answer is "Yes," indicate which protected traits constituted a but-for cause.

Answer: _____

Race: _____

Sex: _____

**Answer Question 3.**


**QUESTION THREE**

Has Plaintiff proved by a preponderance of the evidence that Defendant's decision to reassign her to the Senior Account Manager role in December 2022 was an "adverse employment action" in the context of a Title VII or Texas Labor Code discrimination claim?

Answer "Yes" or "No."

Answer: _No_____

**If you answered "Yes" to Question 3, then answer Question 4. Otherwise, proceed to Question 5.**

## QUESTION FOUR

Has Plaintiff proved by a preponderance of the evidence that she would not have been reassigned to the Senior Account Manager role in December 2022 in the absence of—in other words, but for—her race and/or sex?

Answer "Yes" or "No." If your answer is "Yes," indicate which protected traits constituted a but-for cause.

Answer: _____

Race: _____

Sex: _____

**Answer Question 5.**

## QUESTION FIVE

Has Plaintiff proved by a preponderance of the evidence that Defendant's decision to award her a 3% compensation increase in 2023 was an "adverse employment action" in the context of a Title VII or Texas Labor Code discrimination claim?

Answer "Yes" or "No."

Answer: __No_____

**If you answered "Yes" to Question 5, then answer Question 6. Otherwise, proceed to Question 7.**

3

## QUESTION SIX

Has Plaintiff proved by a preponderance of the evidence that Defendant would not have awarded her a 3% compensation increase in 2023 in the absence of—in other words, but for—her race and/or sex?

Answer "Yes" or "No." If your answer is "Yes," indicate which protected traits constituted a but-for cause.

Answer: _____

Race: ____

Sex: ____

**Proceed to Question 7.**

**Only answer Question 7 if you answered "Yes" to Question 2, 4, and/or 6. Otherwise, proceed to Question 8.**

## QUESTION SEVEN

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff in Questions 2, 4, and/or 6?

Answer in dollars and cents for the following items and none other:

1.  Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

2.  Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

3.  Wages and benefits lost as a result of Plaintiff's termination from May 12, 2023 to the date of your verdict, if applicable.

    $ _____

4.  Wages and benefits lost as a result of Plaintiff's reassignment to Senior Account Manager from December 2022 to the date of your verdict, if applicable.

    $ _____

5.  Wages and benefits lost as a result of the denial of Plaintiff's salary increase, from March 2023 to the date of your verdict, if applicable.

    $ _____

**Proceed to Question 8.**

**42 U.S.C. § 1981 Claim**

**Only answer Question 8 if you answered "Yes" to Question 1. Otherwise, proceed to Question 9.**

## QUESTION EIGHT

Has Plaintiff proved by a preponderance of the evidence that her employment would not have been terminated in the absence of—in other words, but for—her race?

Answer "Yes" or "No."

Answer: _____

**Proceed to Question 9.**


**Only answer Question 9 if you answered "Yes" to Question 3. Otherwise, proceed to Question 10.**

## QUESTION NINE

Has Plaintiff proved by a preponderance of the evidence that she would not have been reassigned to the Senior Account Manager role in December 2022 in the absence of—in other words, but for—her race?

Answer "Yes" or "No."

Answer: _____

**Proceed to Question 10.**

**Only answer Question 10 if you answered "Yes" to Question 5. Otherwise, proceed to Question 11.**

### QUESTION TEN

Has Plaintiff proved by a preponderance of the evidence that Defendant would not have awarded her a 3% compensation increase in 2023 in the absence of—in other words, but for—her race?

Answer "Yes" or "No."

Answer: _____

**Proceed to Question 11.**

**Only answer Question 11 if you answered "Yes" to Question 8, 9, and/or 10. Otherwise, proceed to Question 12.**

## QUESTION ELEVEN

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff in Questions 8, 9, and/or 10?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ _____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ _____

3. Wages and benefits lost as a result of Plaintiff's termination from May 12, 2023 to the date of your verdict, if applicable.

   $ _____

4. Wages and benefits lost as a result of Plaintiff's reassignment to Senior Account Manager from December 2022 to the date of your verdict, if applicable.

   $ _____

5. Wages and benefits lost as a result of the denial of Plaintiff's salary increase, from March 2023 to the date of your verdict, if applicable.

   $ _____

**Proceed to Question 12.**

**Retaliation Claim**

Only answer Question 12 if you answered "Yes" to Question 1. Otherwise, proceed to Question 14.

## QUESTION TWELVE

Has Plaintiff proved by a preponderance of the evidence that Defendant would not have terminated her employment but for her discrimination complaint initiated in March 2023?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes" to Question 12, then answer Question 13. Otherwise, proceed to Question 14.

## QUESTION THIRTEEN

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff in Question 12?

Answer in dollars and cents for the following items and none other:

1.  Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

2.  Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____

3.  Wages and benefits lost as a result of Plaintiff's termination from May 12, 2023 to the date of your verdict, if applicable.

    $ _____

**Answer Question 14.**

Mitigation of Damages

**Only answer Question 14 if you answered Question 7, 11, and/or 13. Otherwise, proceed to Question 16.**

## QUESTION FOURTEEN

Do you find that Plaintiff failed to reduce her damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of her termination?

Answer "Yes" or "No."

Answer: _____

**If you answered "Yes" to Question 14, then answer Question 15. Otherwise, proceed to Question 16.**

## QUESTION FIFTEEN

How much would Plaintiff have earned had she exercised reasonable diligence under the circumstances to minimize her damages?

Answer in dollars and cents, if any.

Answer: $_____

**Proceed to Question 16.**

**Punitive Damages**

Only answer Question 16 if you answered "Yes" to any of the following Questions: 2, 4, 6, 8, 9, 10, and/or 12. Otherwise, proceed to the signature line.

## QUESTION SIXTEEN

Do you find by a preponderance of the evidence that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes" to Question 16, then answer Question 17. Otherwise, proceed to the signature line.

## QUESTION SEVENTEEN

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents, if any.

Answer: $_____

**Proceed to the signature line.**

Date: 2/26/2026                    Presiding Juror: ___

12